UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

RECEIVED
JAN 24 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-07 ECT |
| Plaintiff, | **INFORMATION** |
| v. | 21 U.S.C. § 843(a)(3)<br>21 U.S.C. § 843(d)(1) |
| DIETRICH ROBERT LAWRENZ, | |
| Defendant. | |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

## BACKGROUND

At all times relevant to this Information, the defendant, **DIETRICH ROBERT LAWRENZ, D.D.S.,** was employed as a dentist with an oral surgery practice with locations throughout the State and District of Minnesota. The oral surgery practice was registered with the Drug Enforcement Agency to maintain an inventory of fentanyl, a Schedule II controlled substance, for use in surgery.

Between in or around September 2018 and continuing through in or around December 2018, the defendant, **DIETRICH ROBERT LAWRENZ, D.D.S.,** stole vials of fentanyl from his employer for personal consumption and forged inventory logs to avoid having the theft discovered.

SCANNED
JAN 24 2022
U.S. DISTRICT COURT MPLS

U.S. v. Dietrich Robert Lawrenz

## COUNT 1
(Obtaining a Controlled Substance by Subterfuge)

Between in or around September 2018 and continuing through in or around December 2018, in the State and District of Minnesota, the defendant,

**DIETRICH ROBERT LAWRENZ,**

intentionally and knowingly obtained possession of a controlled substance, to wit, fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, all in violation of Title 21, United States Code, Sections 843(a)(3) and 843(d)(1).

Dated: January 24, 2022

Charles J. Kovats, Jr.
Acting United States Attorney

s/ Lindsey E. Middlecamp

BY:  LINDSEY E. MIDDLECAMP
Assistant United States Attorney
Attorney ID No. 392589